UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

NICHOLAS WELCH                                                                                          PLAINTIFF

VS.                                                                           CIVIL ACTION NO. 1:19-CV-40-SA-DAS

PEPSI CO. BEVERAGES INC.                                                                         DEFENDANT

## AGREED ORDER OF CONSOLIDATION

By agreement of the parties, and upon good cause having been shown, the Court is of the opinion that the Defendant's Motion to Consolidate [15] this matter with a second-filed case – *Welch v. Bottling Group, LLC D/B/A Pepsi Beverages Company*, Civil Action No. 1:19-cv-91-NBB-DAS – in which Plaintiff asserts the same disability discrimination claim against Defendant as is included in this matter is due to be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that the second-filed case is consolidated with this matter and all future pleadings are to be filed in Civil Action No. 1:19-CV-40-SA-DAS. The Clerk of Court is directed to take steps to implement the Court's ruling to this effect.

SO ORDERED this the 24th day of June, 2019.

                                                       /s/ Sharion Aycock
                                                       UNITED STATES DISTRICT JUDGE

AGREED TO:

 /s/ Charles Irvin
Charles Irvin, MSB # 99607
For Plaintiff


 /s/ Robert B. Ireland, III
Robert B. Ireland, III, MSB # 100708
For Defendant