IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

NICHOLAS WELCH                                                                                    PLAINTIFF

V.                                                         CIVIL ACTION NO. 1:19-CV-40-SA-DAS
                                                           CONSOLIDATED WITH: 1:19-CV-91-SA-DAS

PEPSI CO. BEVERAGES INC.                                                                     DEFENDANT

## ORDER

This matter comes before the Court on its own initiative. On March 25, 2020, the Court entered an Order and Memorandum Opinion dismissing the Plaintiff's Title VII claim *with prejudice* and dismissing his FMLA and ADA claims *without prejudice*. The Court granted the Plaintiff "until April 10, 2020 to file a Motion for Leave to Amend his Complaint as to his ADA and FMLA claims only." At that time, the Plaintiff was cautioned that if he "does not seek leave to amend within the time allotted, these claims will be dismissed *with prejudice*."

With the April 10, 2020 deadline having now passed and the Plaintiff having failed to file a Motion for Leave the Amend his ADA and FMLA claims, the Plaintiff's ADA and FMLA claims are hereby dismissed *with prejudice*. This CASE is CLOSED.

It is SO ORDERED, on this the 14th day of April, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE